UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WENDALL CARSON, SR.,

    Plaintiff,

v.                                            Case No. 8:08-cv-2461-T-24 TGW

CITY OF LAKELAND FLORIDA,

    Defendant.
_____/

## **ORDER**

This cause comes before the Court on the parties' Joint Motion to Extend Discovery and Dispositive Motion Deadlines. (Doc. No. 20). In this motion, the parties request that the Court extend the discovery deadline from November 2, 2009 to December 9, 2009, and they request that the Court extend the dispositive motion deadline from December 1, 2009 to January 13, 2010. While the Court will grant the requested extensions, the Court will also move the pretrial conference and trial dates by a month, so that the Court will have enough time to rule on any dispositive motions prior to the pretrial conference.

Accordingly, it is ORDERED AND ADJUDGED that the motion is **GRANTED** to the extent set forth above. The Court will issue an amended scheduling order.

**DONE AND ORDERED** at Tampa, Florida, this 5th day of October, 2009.

*[Signature: Susan C. Bucklew]*
SUSAN C. BUCKLEW
United States District Judge

Copies to: Counsel of Record